U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 2 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROGER HARRY OLSON, II,           §
                    MOVANT,      §
                                 §
V.                               §    CASE NO. 3:18-cv-1530-N-BN
                                 §
UNITED STATES OF AMERICA,        §
                    RESPONDENT.  §

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

COMES NOW, Roger Harry Olson, II (hereinafter referred to as "Movant") and files this Motion for Extension of Time to File Objections and states the following reasons.

Movant is in receipt of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed with the Court on September 26, 2018. Movant received this at the prison mail call on October 4, 2018. The Magistrate Judge, in his Report, gave Movant 14 days to file objections to the Report. Movant is a layman at law, not versed in the law and has limited access to a law library. Movant understands what the Report requires in filing the objections and the complex issues involved.

For the above reasons and in the interest of justice, Movant request the Court grant a 45 days extension for Movant to file his objections to the Magistrate Judge's Report due to Movant being a layman at law and his limited access to the prison law library and for any other such relief as the Court desires.

Respectfully submitted,

October 6, 2018

Roger Harry Olson, II
Movant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Time to File Objections was placed in the United States mail, with postage prepaid, and addressed to:

United States Attorney

1100 Commerce Street

3rd Floor

Dallas, TX  75242

On October 8, 2018.

Roger H. Olson, II



SHREVEPORT LA 710

09 OCT 2018 PM 3 L

❖49151-177❖
Clerk Of The District Court
U.S. District Court
Northern District of Texas
1100 Commerce St, Rm 1452
Dallas, TX 75242
United States

❖49151-177❖
Roger Olson II
#49151-177 Oakdale I
Federal Correctional Instution
P.O. Box 5000
Oakdale, LA 71463
United States