IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROGER HARRY OLSON, II<br>(BOP Register No. 49151-177),<br><br>Movant,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | § § § § § § § § § § § | No. 3:18-cv-1530-N-BN |

## ORDER

Movant's motion [Dkt. No. 7] for a 45-day extension of time to file objections to the magistrate judge's findings, conclusions, and recommendation, which Movant states he received on October 4, 2018, is GRANTED. And his objections shall be filed no later than **December 19, 2018**.

SO ORDERED.

SIGNED this 2nd day of November, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE