IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROGER HARRY OLSON, II<br>(BOP Register No. 49151-177),<br><br>Movant,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>No. 3:18-cv-1530-N |

**JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that Movant's motion to vacate, set aside, or correct his federal sentence under 28 U.S.C. § 2255 is DISMISSED as time-barred.

The Clerk shall transmit a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Movant.

SIGNED this 19th day of November, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE