IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROGER HARRY OLSON, II,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.

No. 3:18-cv-1530-N

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 31 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## REQUEST FOR AN EXTENSION OF TIME

COMES NOW, the Movant, Roger Harry Olson, II, In Forma Pauperis and Pro Se form, pursuant to the Fed.R.Civ.P. 6(b)(1)(A), and respectfully request an extension of time to object to the Magistrate's findings, conclusions, and recommendation. See Dkt. No. 13. In support thereof, the Movant avers as follows:

1. On December 12th, 2018, Magistrate Judge Horan rendered his findings, conclusions, and recommendation (Dkt. No.13) on the Movant's motion for relief from final judgment under Fed.R.Civ.P. 60(b)(6). However, because the Movant is an inmate at FCI-1, Oakdale, LA, service of the Magistrate's findings were made by mail.

2. Fed.R.Civ.P. 6(d) provides 3 additional days for a party to act when service is done by mail. Therefore, the Movant's objections to the Magistrate's findings are presently due on December 29th, 2018. See 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

3. The time remaining is inadequate for the Movant to properly frame his objections, as he must demonstrate how the rationale stated Martinez v. Ryan, 566 U.S. 1, 132 S.Ct. 1309, 182 L.Ed. 2d 272 (2012), and Trevino v. Thaler, 569 U.S. 413, 133 S.Ct. 1911, 185 L. Ed. 2d. 1044 (2013) applies to the case at bar.

WHEREFORE, based on the above, the Movant respectfully requests an extension of 14 days to include January 12th, 2019, to object to the Magistrate's findings, conclusions, and recommendation.

Respectfully Submitted,

*Roger H. Olson II*

Roger Harry Olson, II.
Reg. No.: 49151-177
FCI-1, Oakdale. Unit A-2.
PO BOX 5000
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

I, Roger Harry Olson, II, Hereby Certify and swear under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing Request for an Extension of Time was placed in the hands of Mr. Bryant (C/O at FCI-1, Oakdale) for filing with this Court on the 20th day of December, 2018, via U.S.P.S. pre-paid first class mail. See Fed. R.App.P. 4(c)(1)(A)(i).

*Roger H. Olson II*

-2-

Roger Olson II
#49151-177 Oakdale I
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463
United States

RECEIVED
MAILROOM
DEC 31 2018

49151-177
Clerk Of The District Court
U.S. District Court
Northern District of Texas
1100 Commerce St, Rm 1452
Dallas, TX 75242
United States