IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROGER HARRY OLSON, II, | § | |
| Peitioner, | § § § | |
| v. | § § | Civil Action No. 3:18-CV-1530-N |
| USA, | § § § | |
| Respondent. | § | |

## ORDER

This Order addresses Petitioner's Request for Extension of Time filed December 31, 2018. The Court grants the motion. The Petitioner shall file his objections to the findings and recommendations by January 12, 2019.

Signed January 4, 2019.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE