IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROGER HARRY OLSON, II,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No.: 3:18-cv-1530-N

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 1 2 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## NOTICE OF APPEAL

COMES NOW, the Movant, by and through himself, and hereby submits this notice that an appeal is being taken to the United States Court of Appeal for the Fifth Circuit, with respect to this Court's Judgment dismissing Mr. Olson's § 2255 Motion as time barred (Dkt. Nos. 9 and 10), and this Court's order accepting the Magistrate's findings, conclusions, and recommendation with respect to Mr. Olson's Motion for Relief under Fed.R.Civ.P. 60(b)(6). (Dkt. Nos. 16 and 17).

Respectfully Submitted,

*Roger H Olson II*

Roger Hary Olson, II, Pro Se.
Reg. No.: 49151-177
FCI-1, Oakdale. Unit, A-2.
PO BOX 5000
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury, that the foregoing notice was place in the hands of Mr. Dill (c/o at FCI-1, Oakdale) for filing with this Court on 02/06/2019, via U.S.P.S. first class pre-paid mail. See 28 U.S.C. § 1746.

Executed on the above date in Oakdale, LA.

*Roger H Olson II*

⇔55457-018⇔
Steven Villafona
Reg. No. 55457-018
FCI -1, Oakdale, UNIT A-2. PO BOX 5000
Oakdale, LA 71463
United States

SHREVEPORT LA 710
08 FEB 2019 PM 1 L

FEB 12 2019

⇔55457-018⇔
U S D C -Dallas Division
Clerk of Courts Office
1100 Commerce ST
Dallas, TX 75242
United States

75242-131052