# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-10196
Summary Calendar

_____

D.C. Docket No. 3:18-CV-1530

United States Court of Appeals
Fifth Circuit

**FILED**

January 10, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ROGER HARRY OLSON, II,

    Defendant - Appellant

Certified as a true copy and issued
as the mandate on **Mar 03, 2020**

Attest: *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Northern District of Texas

Before HIGGINBOTHAM, SOUTHWICK, and WILLETT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.